The Honorable James L. Robart

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

AMAZON CAPITAL SERVICES, INC., a
Delaware corporation,

Plaintiff,

v.

EPORT, INC., a North Carolina corporation;
and DAVID AND ELAINA PORTUGAL,
individually and the marital community
comprised thereof,

Defendants.

No. 2:17-cv-01084-JLR

STIPULATION AND
[PROPOSED] ORDER
ACKNOWLEDGING SERVICE
AND EXTENDING TIME TO
RESPOND TO COMPLAINT

17

## **STIPULATION**

18

19

20

Plaintiff Amazon Capital Services, Inc. ("ACS"), by and through its respective counsel

of record, and Defendants ePort, Inc. and David and Elaina Portugal ("Defendants") hereby

stipulate and agree as follows:

21

22

23

1.      Without waiving any jurisdictional objections, Defendants acknowledge and

agree they were properly and validly served with a summons and the complaint in the above-

entitled action as of the date of this stipulation.

24

25

2.      The parties further agree that Defendants shall have until Friday, September 23,

2017, to answer or otherwise respond to the complaint.

26

27

STIPULATION AND [PROPOSED] ORDER
RE: SERVICE AND RESPONSE TO COMPLAINT
(No. 2:17-cv-01084-JLR) - 1

DATED this 17th day of August, 2017.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon Capital Services, Inc.*

By  s/ *James Harlan Corning*
    John A. Goldmark, WSBA #40980
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Tel: (206) 622-3150; Fax: (206) 757-7700
    Email:   johngoldmark@dwt.com
            jamescorning@dwt.com


ROSENBAUM FAMULARO, P.C.
*Attorneys for Defendants David Portugal, Elaina Portugal, ePort, Inc,*

By /s Anthony Famularo
    Anthony Famularo, Esq.,
    NYSBA #5206313
    100 W Park Ave, Suite 310
    Long Beach, NY 11561
    Tel: (212) 256-1109
    Email: anthony@amazonsellerslawyer.com

## ORDER

IT IS SO ORDERED.  Mr. Famularo needs to seek admission to practice within 10 days.

DATED this 21st day of August, 2017,

The Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE: SERVICE AND RESPONSE TO COMPLAINT
(No. 2:17-cv-01084-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax